**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES C. FUDGE, ADC #78875                                                                         PLAINTIFF

v.                                    No. 5:14CV00431-JLH-JTK

GRANT HARRIS, et al.                                                                                DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. All claims except the due process claims against defendants Harris, Watson, Jackson, and Banks are DISMISSED without prejudice.

2. Defendants Meinzer, Chaney, Paskell, Minor, Waddle, Watson, and Andrews are DISMISSED without prejudice.

IT IS SO ORDERED this 2nd day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE