IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES C. FUDGE, ADC #78875                                                                               PLAINTIFF

v.                                    No. 5:14CV00431-JLH-JTK

GRANT HARRIS, et al.                                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction, which this Court construes as a Motion for Preliminary Injunction is DENIED. Document #33.

IT IS SO ORDERED this 10th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE